PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Floyd Samuel Halverson**

**Docket No. 0:02CR00222-002(JNE)**

**Petition on Supervised Release**

COMES NOW **David N. Duncan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Floyd Samuel Halverson** who was sentenced for Count 1, Conspiracy to Distribute in Excess of 500 Grams of Cocaine and Count 2, Money Laundering, on October 3, 2003, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**STANDARD CONDITION #1: The defendant shall not commit another federal, state, or local crime during the term of supervision.**

On June 8, 2007, the defendant was arrested and charged with Disorderly Conduct, in Ramsey County District Court, St. Paul, Minnesota, (T9-07-606355).

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

SCANNED
JUL 18 2007
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 17 day of July, 2007, and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David N. Duncan
U.S. Probation Officer
Telephone: 651-848-1247

Executed on July 12, 2007
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission